PROB 12B
(7/93)

Report Date: February 24, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 24 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ernest Michael Fratus        Case Number: 2:06CR06039-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 3/27/2007           Type of Supervision: Supervised Release

Original Offense: Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)        Date Supervision Commenced: 7/18/2008

Original Sentence: Prison - 27 Months; TSR - 24 Months        Date Supervision Expires: 7/17/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Fratus has found that the lease holder of his current residence is actively using illegal controlled substances. The defendant has a long history of being homeless and has no family support in this area. A term at the residential release center will provide him with a stable, safe residence and will allow him time to seek a more acceptable residence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   Feb 24 2009

Curtis G. Hare
U.S. Probation Officer

Prob 12B
**Re: Fratus, Ernest Michael**
**February 24, 2009**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[✓]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_Feb 24, 2009_
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____
Curtis G. Hare
U.S. Probation Officer

Signed: _____
Ernest Michael Fratus
Probationer or Supervised Releasee

February 24, 2009
Date